■ In the Matter of WILLIAM BURK, Individually and on Behalf of His Dependent Spouse, IRENE BURK, et al., Appellants, v BARBARA BLUM, as

Commissioner of the New York State Department of Social Services, et al., Respondents. — Judgment of the Supreme Court, Westchester County, dated June 4, 1979, affirmed, without costs or disbursements. (See *Matter of Vailes v D'Elia,* 77 AD2d 45.) Hopkins, J. P., Titone, Lazer and Cohalan, JJ., concur.